UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TDN MONEY SYSTEMS, INC., | Case No. 2:15-CV-2197 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| GLOBAL CASH ACCESS, INC., | |
| Defendant(s). | |

Presently before the court is defendant Global Cash Access's motion for demand for security of costs. (Doc. # 9). Plaintiff TDN Money System, Inc. has not responded, but has attempted to post payment with the clerk in this matter. The clerk cannot accept payment without a court order.

Defendant asks that plaintiff file security of costs in the amount of $500.00 in favor of the defendant pursuant to NRS 18.130(1) because plaintiff is a non-resident of Nevada. (Doc. # 9).

The Ninth Circuit recognizes that "federal district courts have inherent power to require plaintiffs to post security for costs." *Simulnet E. Assocs. v. Ramada Hotel Operating Co.*, 37 F.3d 573, 574 (9th Cir. 1994). A federal district court typically follows the forum state's practice regarding security of costs, particularly when a party is a non-resident. *See, e.g.*, 10 Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 2671 (3d ed. 1998). Nevada Revised Statute 18.130 provides that the court may require an out-of-state plaintiff to post a security for costs in an amount up to $500.00 upon request by a defendant. Nev. Rev. Stat. 18.130.

This court finds it appropriate to order security of costs in this matter.

. . .

**James C. Mahan**
**U.S. District Judge**

1 Accordingly,

2 IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion

3 demanding security of costs, (doc. # 9), be, and the same hereby is, GRANTED.

4 IT IS FURTHER ORDERED that plaintiff shall post security in the amount of $500.00

5 within seven days of the entry of this order.

6 DATED December 21, 2105.

                                                                                                       UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**