James J. Pisanelli, Esq., Bar No. 4027
jjp@pisanellibice.com
Dustun H. Holmes, Esq., Bar No. 12776
dhh@pisanellibice.com
Robert A. Ryan, Esq., Bar No. 12084
dhh@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TDN MONEY SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> EVERI PAYMENTS INC., f/k/a GLOBAL CASH ACCESS, INC. <br><br> Defendant. | Case No. 2:15-cv-02197-JCM-NJK <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE MOTIONS *IN LIMINE*** <br><br> **(FIRST REQUEST)** |

Pursuant to LR 6-1, Plaintiff TDN Money Systems, Inc. ("TDN"), and Defendant Everi Payment Inc. f/k/a Global Cash Access, Inc. ("GCA"), (referred to collectively as "Parties" and individually as "Party") by and through their undersigned counsel of record, hereby Stipulate and Agree, subject to the Court's approval, to extend the deadline to file any motions *in limine* from July 7, 2017 to July 14, 2017.

The Parties have been diligently working on meeting and conferring on respective motions *in limine*, but due to conflicting deadlines and schedules the Parties request a slight seven (7) day extension to finalize and file any motions *in limine*. This slight extension of time will still require motions *in limine* to be filed 30 days before trial as set forth in LR 16-3.

…

…

1

This is the first request for an extension and is made in good faith and not for the purposes of delay.

STIPULATED AND AGREED TO:

DATED this 5th day of July 2017.

By: /s/ Dustun H. Holmes
James J. Pisanelli, Esq., Bar # 4027
Dustun H. Holmes, Esq., Bar # 12776
Robert A. Ryan, Esq., Bar #12084
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

*Attorneys for Defendant*

DATED this 5th day of July 2017.

By: /s/ Ryan M. Lower
Alan L. Frank, Esq. (*pro hac vice*)
Evan L. Frank, Esq. (*pro hac vice*)
ALAN L. FRANK LAW ASSOCIATES, P.C.
135 Old York Road
Jenkintown, PA 19046

Ryan M. Lower, Esq., Bar # 9108
Jean-Paul Hendricks, Bar #10079
MORRIS LAW GROUP
411 E. Bonneville Ave., Ste. 360
Las Vegas, NV 89101

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_/s/ James C. Mahan_
UNITED STATES DISTRICT JUDGE

DATE: July 12, 2017

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of PISANELLI BICE PLLC and that, on this 5th day of July 2017, I caused to be served through the Court's E-Filing/E-Service system true and correct copies of the above and foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE MOTIONS *IN LIMINE*** to the following:

Ryan M. Lower, Esq.
rml@morrislawgroup.com
Jean-Paul Hendricks, Esq.
jph@morrislawgroup.com
MORRIS LAW GROUP
411 E. Bonneville Ave., Ste. 360
Las Vegas, NV 89101
*Attorneys for TDN Money Systems, Inc.*

Alan L. Frank, Esq.
afrank@alflaw.net
Evan L. Frank, Esq.
efrank@alflaw.net
ALAN L. FRANK LAW ASSOCIATES, P.C.
135 Old York Road
Jenkintown, PA 19046
*Attorneys for TDN Money Systems, Inc.*

          /s/ Cinda Towne
An employee of PISANELLI BICE PLLC